1  STANLEY L. GIBSON (047882)
   GIBSON ROBB & LINDH LLP
2  100 First Street, 27th Floor
   San Francisco, California 94105
3  Telephone: (415) 348-6000
   Facsimile: (415) 348-6001
4

5  Attorneys for Plaintiffs
   BIO-RAD LABORATORIES, INC.,
6  FALVEY CARGO UNDERWRITING, LTD., and
   CONTINENTAL INSURANCE COMPANY
7

8                UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10                       SACRAMENTO DIVISION

11 BIO-RAD LABORATORIES, INC., a      )  Case No. 2:05-CV-02054-DFL-PAN
   corporation; FALVEY CARGO          )
12 UNDERWRITING, LTD., a corporation; )  **STIPULATION AND [PROPOSED]**
   and CONTINENTAL INSURANCE          )  **ORDER GRANTING EXTENSION TO**
13 COMPANY, a corporation;            )  **FILE JOINT REPORT OF COUNSEL**
                                      )
14               Plaintiffs,          )
                                      )
15          v.                        )
                                      )
16 EAGLE GLOBAL LOGISTICS, an entity of )
   unknown form; and DOE ONE through  )
17 DOE ELEVEN;                        )
                                      )
18               Defendants.          )
                                      )
19

20       Plaintiffs BIO-RAD LABORATORIES, INC.'s, FALVEY CARGO UNDERWRITING,

21 LTD.'s, and CONTINENTAL INSURANCE COMPANY's ("plaintiffs") Motion to Remand

22 Pursuant to 28 U.S.C. 1447(c) is scheduled for hearing before the Honorable David F. Levi on

23 January 18, 2006, in the above-entitled Court.

24 ///

25 ///

26 ///

27 ///

28 ///

---

STIPULATION AND [PROPOSED] ORDER RE EXTENSION TO FILE JOINT REPORT OF COUNSEL
Case No.: 2:05-CV-02054-DFL-PAN, File No.: 5717.36

1   Accordingly, the parties respectfully request that the Court extend the deadline to file the
2   Joint Report of Counsel, currently due on December 9, 2005, subject to the Court's ruling on
3   plaintiffs' Motion to Remand. Should the Court deny plaintiffs' Motion to Remand, the Joint
4   Report of Counsel will be due on February 1, 2006.

6   Dated: December 7, 2005             Respectfully submitted,

7                                       GIBSON ROBB & LINDH LLP

9                                       By:   S/ STANLEY L. GIBSON
                                              Stanley L. Gibson
                                              Attorney for Plaintiffs BIO-RAD
10                                            LABORATORIES, INC.,
                                              FALVEY CARGO UNDERWRITING, LTD., and
11                                            CONTINENTAL INSURANCE COMPANY

13  Dated: December 8, 2005             Respectfully submitted,

14                                      STERLING & CLACK

16                                      By:   S/ DAVID E. RUSSO
                                              David E. Russo
                                              Attorney for Defendant
17                                            EAGLE GLOBAL LOGISTICS

19      IT IS SO ORDERED.

20  Dated: 12/14/2005

23                                      _____
                                        DAVID F. LEVI
24                                      United States District Judge