1  Rex M. Clack, Esq. (SBN 059237)
   David E. Russo, Esq. (SBN 112023)
2  STERLING & CLACK
3  A Professional Corporation
   101 Howard Street, Suite 400
4  San Francisco, California  94105
   Telephone:  (415) 543-5300
5  Facsimile:  (415) 543-3335

6
   Attorneys for Defendant
7  EAGLE GLOBAL LOGISTICS

8
   Stanley L. Gibson, Esq. (SBN 047882)
9  GIBSON ROBB & LINDH, LLP
   100 First Street, 27th Floor
10 San Francisco, CA 94105
   Telephone:  (415) 348-6000
11 Facsimile:   (415) 348-6001

12
   Attorney for Plaintiffs
13 BIO-RAD LABORATORIES,
   INC., FALVEY CARGO
14 UNDERWRITING, LTD., and
15 CONTINENTAL INSURANCE
   COMPANY
16

17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1

Stipulation for Extension of Time to File Joint                Case No. 2:05-CV-02054-DFL-PAN
Report of Counsel; [Proposed] Order

PDF created with pdfFactory trial version www.pdffactory.com

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BIO-RAD LABORATORIES, INC., a corporation; FALVEY CARGO UNDERWRITING, LTD., a corporation; and CONTINENTAL INSURANCE COMPANY, a corporation,<br><br>         Plaintiffs,<br>   vs.<br><br>EAGLE GLOBAL LOGISTICS, an entity of unknown form; and DOE ONE through DOE ELEVEN,<br>         Defendants. | Case No.: 2:05-CV-02054-DFL-PAN<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE JOINT REPORT OF COUNSEL; [PROPOSED] ORDER THEREON** |

   Plaintiffs Bio-Rad Laboratories, Inc., Falvey Cargo Underwriting, Ltd. and Continental Insurance Company ("plaintiffs") and defendant Eagle Global Logistics ("defendant"), by and through their respective counsel of record, hereby stipulate to and respectfully request the Court enter an Order continuing the date for filing the Joint Report of Counsel, as more particularly set forth, and for the reasons stated below:

   Plaintiffs filed a motion to remand this case to the Solano County Superior Court and noticed a hearing thereon for January 18, 2006. Upon stipulation of the parties, this Court subsequently ordered that the Joint Report of Counsel not be filed until after the Motion to Remand was decided;

   At the hearing on the Motion to Remand, held on January 24, 2006, the Court ordered that discovery may be conducted with respect to issues related to the Motion to Remand and thereupon, the Court would consider further evidence and materials and conduct a further hearing, if needed. The Court provided 45 days for such discovery to take place.

1     The parties respectfully submit that judicial economy is served by addressing the matters required to be included in the Joint Report of Counsel only after the Motion to Remand has been decided.

    THEREFORE, plaintiffs and defendant stipulate to, and respectfully request that the Court extend the deadline to file the Joint Report of Counsel to a date after an expected ruling on plaintiffs' Motion to Remand, that is June 2, 2006.

    SO STIPULATED:

                              STERLING & CLACK

Dated:                       By:     s/David E. Russo
                                  David E. Russo
                                  Attorneys for Defendant
                                  EAGLE GLOBAL LOGISTICS

                              GIBSON ROBB & LINDH, LLP

Dated:                       By:     s/Stanley L. Gibson
                                  Stanley L. Gibson
                                  Attorney for Plaintiffs
                                  BIO-RAD LABORATORIES,
                                  INC., a corporation; FALVEY
                                  CARGO UNDERWRITING,
                                  LTD., a corporation; and
                                  CONTINENTAL INSURANCE
                                  COMPANY, a corporation

David E. Russo attests that concurrence in the filing of this document has been obtained from each of the other signatories identified herein.

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

After review and consideration of the parties' request and stipulation for extending the date to file the Joint Report of Counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED that the date for the parties to file their Joint Report of Counsel, is continued from February 1, 2006 to June 2, 2006.

Dated:  2/6/2006                         /s/ David F. Levi
                                         David F. Levi
                                         Chief Judge, U.S. District Court
                                         Eastern District of California

310045/P/StipExtenJointRepr;[Prop]Order

PDF created with pdfFactory trial version www.pdffactory.com