1  STANLEY L. GIBSON (047882)
   JONATHAN W. THAMES (242158)
2  GIBSON ROBB & LINDH  LLP
   100 First Street, 27th Floor
3  San Francisco, California  94105
   Telephone: (415) 348-6000
4  Facsimile: (415) 348-6001

5

   Attorneys for Plaintiffs
6  BIO-RAD LABORATORIES, INC.,
   FALVEY CARGO UNDERWRITING, LTD., and
7  CONTINENTAL INSURANCE COMPANY

8                       UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10                               SACRAMENTO DIVISION

11 BIO-RAD LABORATORIES, INC., a          )   Case No. 2:05-CV-02054-DFL-PAN
   corporation; FALVEY CARGO              )
12 UNDERWRITING, LTD., a corporation;     )   STIPULATION AND ORDER TO ALLOW
   and CONTINENTAL INSURANCE              )   FILING OF FIRST AMENDED COMPLAINT
13 COMPANY, a corporation;                )   FOR DAMAGE TO CARGO
                                          )
14            Plaintiffs,                 )
                                          )
15     v.                                 )
                                          )
16 EAGLE GLOBAL LOGISTICS, an entity of   )
   unknown form; and DOE ONE through      )
17 DOE ELEVEN;                            )
                                          )
18            Defendants.                 )
                                          )

19

20     Plaintiffs BIO-RAD LABORATORIES, INC., FALVEY CARGO UNDERWRITING,

21 LTD., and CONTINENTAL INSURANCE COMPANY and defendant EAGLE GLOBAL

22 LOGISTICS hereby stipulate that plaintiffs be allowed to file a first amended complaint in the

23 form attached hereto as Exhibit "A" pursuant to FRCP Rule 15.  The first amended complaint

24 adds defendant Greenline Transportations Inc. to the action.  Greenline Transportations Inc. was

25 named in Plaintiffs' state court complaint as DOE ELEVEN.

26     EAGLE GLOBAL LOGISTICS may file an Answer or otherwise respond to the First

27 Amended Complaint within thirty (30) days of the filing of the First Amended Complaint.  If

28 EAGLE GLOBAL LOGISTICS does not file an Answer to the First Amended Complaint within

that period of time, its Answer to the original Complaint will be deemed its Answer to the First Amended Complaint.

The parties agree that this stipulation may be executed in counterparts, each of which shall be deemed to be an original.

Dated: June 8, 2006                    Respectfully submitted,

GIBSON ROBB & LINDH LLP


By:_____S/ JONATHAN W. THAMES_____
Jonathan W. Thames
Attorney for Plaintiffs
BIO-RAD LABORATORIES, INC.,
FALVEY CARGO UNDERWRITING, LTD., and
CONTINENTAL INSURANCE COMPANY


Dated: June 8, 2006                    Respectfully submitted,

STERLING & CLACK


By:_____S/ DAVID E. RUSSO_____
David E. Russo
Attorney for Defendant
EAGLE GLOBAL LOGISTICS


IT IS SO ORDERED.

Dated: 6/12/2006


_____
DAVID F. LEVI
United States District Judge