Rex M. Clack, Esq. (SBN 059237)
David E. Russo, Esq. (SBN 112023)
STERLING & CLACK
A Professional Corporation
101 Howard Street, Suite 400
San Francisco, California  94105
Telephone:  (415) 543-5300
Facsimile:  (415) 543-3335

Attorneys for Defendant
EAGLE GLOBAL LOGISTICS

Stanley L. Gibson, Esq.
GIBSON ROBB & LINDH, LLP
100 First Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 348-6000
Facsimile: (415) 348-6001

Attorney for Plaintiffs
BIO-RAD LABORATORIES, INC.,
FALVEY CARGO UNDERWRITING, LTD.,
and CONTINENTAL INSURANCE
COMPANY

Ronald C. Chauvel, Esq.
Greene, Chauvel, Descalso, Minoletti
951 Mariner's Island Blvd., Ste. 630
San Mateo, CA 94404
Telephone:  (650) 573 9500
Facsimile: (650) 573-9689

Attorneys for Defendant
GREEN LINE TRANSPORTATION, INC.

//

//

//

//

//

//

//

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BIO-RAD LABORATORIES, INC., a corporation; FALVEY CARGO UNDERWRITING, LTD., a corporation; and CONTINENTAL INSURANCE COMPANY, a corporation;<br><br>        Plaintiffs,<br>vs.<br><br>EAGLE GLOBAL LOGISTICS, an entity of unknown form; and DOE ONE through DOE ELEVEN;<br>        Defendants.<br><br>AND RELATED CROSS ACTIONS | Case No.: 2:05-CV-02054-DFL-PAN<br><br>**STIPULATION TO CONTINUE DATES FOR EXPERT DISCLOSURES AND DISCOVERY CUT-OFF; ORDER THEREON** |

       Plaintiffs Bio-Rad Laboratories, Inc., Falvey Cargo Underwriting, Ltd., and Continental Insurance Company ("Plaintiffs"), defendant Eagle Global Logistics ("EGL") and defendant Green Line Transportation, Inc., ("Green Line"), by and through their respective counsel of record, hereby stipulate to, and respectfully request the Court enter an order continuing the dates for expert disclosures and discovery cut-off, as more particularly set forth below and for the reasons stated herein.

       This case became at issue with respect to the pleadings on August 31, 2006 upon the filing of EGL's Answer to the Cross-Claim filed against it by Green Line. Thereafter, on or about September 13, 2006, Green Line dismissed its cross claim against plaintiffs. Since then, the parties have focused attention on the issue of Green Line's insurance coverage as relevant to both a potential resolution of the case short of trial and matters related to the claim for indemnification by EGL. Extending the date for expert witness disclosures including supplemental disclosures, and for

discovery cut-off, by approximately three weeks will allow the parties sufficient time to complete discovery with regard to the issues raised by the multiple pleadings in the case, but without affecting the dispositive motion deadline or existing trial date.  The parties respectfully submit that good cause exists for extending these discovery deadlines by approximately three weeks as it will promote the fair and efficient preparation for trial.

THEREFORE, plaintiffs, EGL and Green Line hereby stipulate to the following:

1. To continue the date for expert witness disclosures under FRCP 26(a)(2) from January 12, 2007 to February 9, 2007;

2. To continue the date for supplemental expert disclosures and disclosure of rebuttal experts under FRCP 26(a)(2)(C) from January 19, 2007 to February 16, 2007;

3. To continue the date by which all discovery shall be completed from March 14, 2007 to March 28, 2007; and

4. All other dates set in the Court's pretrial scheduling order filed on June 13, 2006 are to remain the same.

Accordingly, plaintiffs, EGL and Green Line hereby respectfully request that the Court continue the discovery dates as suggested above.

SO STIPULATED:

Dated: 12/18/06                                       STERLING & CLACK
                                                             Rex M. Clack
                                                             David E. Russo


By: _s/ David E. Russo_____
    David E. Russo
    Attorneys for Defendant
    EAGLE GLOBAL LOGISTICS

3

STIPULATION TO CONTINUE DATES FOR EXPERT DISCLOSURES AND DISCOVERY CUTOFF; [PROPOSED] ORDER THEREON                                    Case No. 2:05-CV-02054-DFL-PAN

1 | Dated: 12/18/06                        GIBSON ROBB & LINDH, LLP

By:   s/ Stanley L. Gibson    
     Stanley L. Gibson
     Attorneys for Plaintiffs
     BIO-RAD LABORATORIES, INC.,
     FALVEY CARGO UNDERWRITING, LTD.,
     and CONTINENTAL INSURANCE
     COMPANY

Dated: 12/22/06                        GREENE, CHAUVEL, DESCALSO, MINOLETTI

By:  s/ Ronald C. Chauvel    
     Ronald C. Chauvel
     Attorneys for Defendant
     GREEN LINE TRANSPORTATION, INC.

310045/P/StipContDateExpDiscProp

# **ORDER**

Having reviewed and considered the parties' request and stipulation to continue the dates for disclosure of experts and for discovery cut-off, and good cause appearing therefor,

**IT IS HEREBY ORDERED**:

1. The last date for the parties to make expert witness disclosures under FRCP 26(a)(2) is continued from January 12, 2007 to February 9, 2007;

2. The last date for the parties to make supplemental expert disclosures and disclosure of rebuttal experts under FRCP 26(a)(2)(C) is continued from January 19, 2007 to February 16, 2007;

3. The date by which discovery shall be completed is continued from March 14, 2007 to March 28, 2007; and

4. All other dates set in this Court's Pretrial Scheduling Order filed on June 13, 2006 shall remain the same.

Dated:   January 8, 2007

                                            /s/ David F. Levi
                                            David F. Levi
                                            Chief Judge, U.S. District Court
                                            Eastern District of California

STIPULATION TO CONTINUE DATES FOR EXPERT DISCLOSURES AND DISCOVERY CUTOFF; [PROPOSED] ORDER THEREON        Case No. 2:05-CV-02054-DFL-PAN

# PROOF OF SERVICE

**CASE NAME:** Bio–Rad Laboratories, Inc. v. Eagle Global Logistics
**COURT:**  U.S.D.C. Eastern District of California, Sacramento Division
**CASE NO.:**   2:05-CV-02054-DFL-PAN
**S&C FILE: 310.04-5**

    I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is 101 Howard Street, Suite 400, San Francisco, CA  94105.  On December 2, 2006, I served the following document(s):

**STIPULATION TO CONTINUE DATES FOR EXPERT DISCLOSURES AND DISCOVERY CUT-OFF, [PROPOSED] ORDER THEREON**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelope(s) addressed as shown below by the following means of service:

[   ]   By First-Class Mail – I caused such envelope(s) with first-class postage thereon fully prepaid to be placed at Sterling & Clack, 101 Howard Street, San Francisco, California for collection by and deposit and mailing in the United States Postal Service in accordance with the ordinary business practices of Sterling & Clack for collection and processing of correspondence for mailing with the United States Postal Service, with which I am readily familiar.  Under that practice, the correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

[   ]   By Personal Service -   I caused such envelope(s) to be given to a courier messenger to personally deliver to the office of the addressee.

[   ]   By Overnight Courier -  I caused such envelope(s) to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

[ X ]   By Facsimile - I caused a copy of such document(s) to be sent via facsimile (from facsimile number (415) 543-3335 at the time stated on the attached transmission report) to the office(s) of the addressee(s) as listed below in accordance with the standard business practices of this firm. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. A true and correct copy of the transmission report sheet(s) is attached hereto.

Addressee(s)

    See Attached Service List of Attorneys of Record.

    I declare under penalty of perjury pursuant to the laws of the State of California and the United States that the foregoing is true and correct. Executed on December 2, 2006, at San Francisco, California.

                                                                    _____
                                                                              Jeanice Rahman

STIPULATION TO CONTINUE DATES FOR EXPERT            Case No. 2:05-CV-02054-DFL-PAN
DISCLOSURES AND DISCOVERY CUTOFF; [PROPOSED]
ORDER THEREON

**Attorneys of Record**
**Bio-Rad Laboratories, Inc. v. Eagle Global Logistics**
**United States District Court, Eastern District of California**
**Sacramento Division**
**Case No.: 2:05-CV-02054-DFL-PAN**

| Stanley L. Gibson, Esq.<br>GIBSON ROBB & LINDH, LLP<br>100 First Street, 27th Floor<br>San Francisco, CA 94105 | Attorney for Plaintiffs<br><br>Telephone:  (415) 348-6000<br>Facsimile:   (415) 348-6001 |
|---|---|

7

STIPULATION TO CONTINUE DATES FOR EXPERT                                   Case No. 2:05-CV-02054-DFL-PAN
DISCLOSURES AND DISCOVERY CUTOFF; [PROPOSED]
ORDER THEREON